# Exhibit 1



# FREEDOM WATCH

www.FreedomWatchUSA.org

World Headquarters 2020 Pennsylvania Avenue, N.W., Suite 345, Washington, DC 20006-1811  (310) 595-0800  leklayman@gmail.com

Via Mail and Fax

April 4, 2012

Information and Privacy Coordinator
Central Intelligence Agency
Washington, D.C. 20505

**Re: Freedom of Information Act Request**

Dear Sir/Madam:

On March 18, 2012, and March 20, 2012, the New York Times published two articles, "U.S. Assessment of Iranian Risks Took Tricky Path" by James Risen on Sunday, March 18, 2012 and "U.S. Simulation Forecasts Perils of Strike at Iran" by Mark Mazzetti and Thom Shanker on Tuesday, March 20, 2012. These articles, copies of which are attached, relied in large part on previously classified information which was released by Obama administration sources apparently on the President's behalf. In addition, Foreign Policy published a story entitled "Israel's Secret Staging Ground" by Mark Perry on March 28, 2012 (copy attached) which cited to released information, inter alia, from Obama administration sources about Israel's planned usage of Azerbaijan as a possible staging site for any future attacks on Iran.

This released information is thus no longer classified and is no longer exempt from being released pursuant to the Freedom of Information Act. 5 U.S.C. 552 et seq.

Pursuant to the Freedom of Information Act (5 U.S.C. § 552 et seq.), Freedom Watch requests that that the Central Intelligence Agency produce all correspondence, memoranda, documents, reports, records, statements, audits, lists of names, applications, diskettes, letters, expense logs and receipts, calendar or diary logs, facsimile logs, telephone records call sheets, tape recordings, video/movie recordings, notes, examinations, opinions, folders, files, books, manuals, pamphlets, forms, drawings, charts, photographs, electronic mail, and other documents and things (hereinafter, "information") that refer or relate to the following in any way, within ten (10) business days as set forth below:

1) Any and all information that refers or relates to the New York Times article entitled "U.S. Assessment of Iranian Risks Took Tricky Path" by James Risen on Sunday, March 18, 2012;

Central Intelligence Agency
FOIA Request
Page | 2

2) Any and all information that refers or relates to the New York Times article "U.S. Simulation Forecasts Perils of Strike at Iran" by Mark Mazzetti and Thom Shanker on Tuesday, March 20, 2012;

3) Any and all information that refers or relates to the Foreign Policy article entitled "Israel's Secret Staging Ground" by Mark Perry on March 28;

4) All information "briefed on the results" of any war games or other simulations "leaked" or otherwise provided about the 2010 National Intelligence Estimate, as mentioned in the NY Times article "U.S. Assessment of Iranian Risks Took Tricky Path" by James Risen on Sunday, March 18, 2012;

5) Any and all information "leaked" or otherwise provided about a draft version of the 2010 National Intelligence Estimate;

6) Any and all information "leaked" or otherwise provided about new evidence that caused a delay or revisions in the 2010 National Intelligence Estimate;

7) Any and all information "leaked" or otherwise provided about how the Islamic Republic of Iran is still attempting to purchase a bomb;

8) Any and all information General Mattis told his aides about an Israeli strike on Iran;

9) Any and all information "leaked" about an Israeli first strike;

10) Any and all information "leaked" about long range bombers, refueling aircraft, and precision missiles doing damage to the Iranian nuclear program;

11) Any and all information "leaked" about the results of testing internal military communications;

12) Any and all information "leaked" about American officials saying that they believe Israel would probably give the United States little or no warning should Israeli officials make the decision to strike Iranian nuclear sites;

13) Any and all information "leaked" about experts predicting that Iran would try to carefully manage the escalation after an Israeli first strike;

Central Intelligence Agency
FOIA Request
Page | 3

14) Any and all information "leaked" about experts believing that Iran would use an Israeli first strike as rationale for attacking the United States;

15) Any and all information "leaked" about military specialists who have assessed the potential ramification of an Israeli attack;

16) Any and all information "leaked" about military specialists who claim it is not possible to predict how Iran will react in the heat of conflict;

17) Any and all information "leaked" about Israeli intelligence estimates backed by academic studies;

18) Any and all information "leaked" about the results of counterstrike by the Islamic Republic of Iran after an attack by Israel;

19) Any and all information "leaked" about the possibility of Israel striking the Islamic Republic of Iran within the next year;

20) Any and all information "leaked" about top administration officials saying that Iran has not decided to pursue a nuclear weapon;

21) Any and all information "leaked" about American intelligence officials expressing confidence in the spy agencies' assertions that Iran has not decided to pursue a nuclear weapon;

22) Any and all information "leaked" about former intelligence agents assessing the Islamic Republic of Iran's ambition for a nuclear weapon;

23) Any and all information "leaked" discussing the difficulty of obtaining intelligence from the Islamic republic of Iran;

24) Any and all statements made by the Islamic Republic of Iran saying that its nuclear program is for peaceful civilian purposes;

25) Any and all information "leaked" about American intelligence agencies and the International Atomic Energy Agency picking up evidence in recent years that some Iranian research activities maybe be weapons-related continuing from 2003;

26) Any and all information "leaked" about Mossad's agreement with American intelligence assessments;

Central Intelligence Agency
FOIA Request
Page | 4

27) Any and all information "leaked" about American intelligence agencies monitoring Iranian officials and scientists and nuclear sites in order to determine whether the weapons program has been restarted;

28) Any and all information "leaked" about how collecting independent human intelligence has been the most difficult task for American intelligence;

29) Any and all information "leaked" about technological mistake by a CIA agency officer in 2004 that put a whole network of Iranian agents in jeopardy;

30) Any and all information "leaked" about the Mujadhadeen Khalq or M.E.K. which is based in Iraq;

31) Any and all information "leaked" about the United States and Israel sharing information on the Islamic Republic of Iran;

32) Any and all information "leaked" about the United States placing clandestine ground sensors which can detect electromagnetic signals or radioactive emissions that could be linked to nuclear activity near suspect Iranian facilities;

33) Any and all information "leaked" or otherwise provided to the media about eavesdropped or otherwise intercepted telephone conversations of Iranian officials discussing their nuclear program, as mentioned in the NY Times article "U.S. Assessment of Iranian Risks Took Tricky Path" by James Risen on Sunday, March 18, 2012;

34) Any and all information "leaked" or otherwise provided to the media about Shahram Amiri, the Iranian scientist who defected from Iran in 2009 and then went back to Iran in 2010, as mentioned in the NY Times article "U.S. Assessment of Iranian Risks Took Tricky Path" by James Risen on Sunday, March 18, 2012;

35) Any and all information "leaked" or otherwise provided to the media about shared intelligence between the United States and Israel, as mentioned in the NY Times article "U.S. Assessment of Iranian Risks Took Tricky Path" by James Risen on Sunday, March 18, 2012;

36) Any and all information "leaked" or otherwise provided to the media about intercepted communications of Iranian officials discussing their nuclear program,

Central Intelligence Agency
FOIA Request
Page | 5

    as mentioned in the NY Times article "U.S. Assessment of Iranian Risks Took Tricky Path" by James Risen on Sunday, March 18, 2012;

37) Any and all information "leaked" or otherwise provided to the media about Operation Internal Lock, as mentioned in the NY Times article "U.S. Simulation Forecasts Perils of Strike at Iran" by Mark Mazzetti and Thom Shanker on Tuesday, March 20, 2012;

38) Any and all information "leaked" or otherwise provided to the media that was previously "classified" information regarding the Islamic Republic of Iran;

39) Any and all information "leaked" or otherwise provided to the media that was previously "classified" information regarding the country of Israel;

40) Any and all information "leaked" or otherwise provided to the media that was previously "classified" information regarding Israel's possible attack or other military strike on the country of the Islamic Republic of Iran;

41) Any and all information "leaked" or otherwise provided to the media about Israel's staging grounds in Azerbaijan for a possible attack on Iran or for any other reason;

42) Any and all information "leaked" or otherwise provided to the media about any possible attack or measure utilized by either the United States or Israel to prevent Iran from obtaining the capability to build or otherwise obtain a nuclear weapon;

43) Any and all information "leaked" or otherwise provided to the media about the sources of the intelligence that was released to the media;

44) Any and all information linking the Obama Administration to the release of any classified information;

45) Any and all information linking the State Department to the release of any classified information;

46) The names of the persons who "leaked" the above information to the media;

47) Communications with the White House and/or Office of the President and/or Vice President that refer or relate in any way to the "leaked" information and/or the reasons for "leaking" the information;

Central Intelligence Agency
FOIA Request
Page | 6

48) Any and all information that refer or relate to the decision to "leak" the above previously classified information;

49) Any and all information that refers or relates to government agencies deciding to investigate who "leaked" the above previously classified information.

If any responsive record or portion thereof is claimed to be exempt from production under FOIA, sufficient identifying information (with respect to each allegedly exempt record or portion thereof) must be provided to allow the assessment of the propriety of the claimed exemption. *Vaughn v. Rosen*, 484 F.2d 820 (D.C. Cir. 1973), *cert denied*, 415 U.S. 977 (1974). Additionally, pursuant to law, any reasonably segregable portion of a responsive record must be provided after redaction of any allegedly exempt material. 5 U.S.C. §552(b).

I request a waiver of all fees for this request under 5. U.S.C. § 552(a)(4)(A)(iii). Disclosure of the requested information to Freedom Watch is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in my commercial interest. The Islamic Republic of Iran's goal of obtaining nuclear weapons affects the safety of both Israel and the United States, thus putting American citizens at risk. Furthermore, the release of classified information by any particular individual within the executive branch, including the president, further endangers the American people and raises a possibility of corruption within the federal government that must be examined. Freedom Watch is engaged in the active dissemination of public information as is evident by our ongoing public interest legal work and continual fight against corruption within the United States government, and international cases, particularly with regard to Iran. Freedom Watch's website, freedomwatchusa.org serves as the primary means of disseminating that information, and is seen by millions of people annually. In addition, officials of Freedom Watch frequently appear on radio and television to disseminate important information to the public.

Furthermore, on behalf of Freedom Watch I am requesting expedited handling as provided in 32 C.F.R. 1900.3 because there is an urgency to inform the public about an actual or alleged federal government activity. Iran is reportedly on the verge of acquiring nuclear weapons and Israel is reportedly on the verge of attacking it to prevent their acquisition. The issue of Israel and a possible attack on Iran are of importance to the American people because Israel is an ally to the United States and any attack or war they declare will likely bring the United States into war as well. This fact is also evidenced in the articles mention above. Thus there is an immediate clear and present danger to U.S. citizens, American military personnel, American oil interests and the cost of gasoline and heating oil, which will likely skyrocket if Israel and Iran get engaged in war. This war can break out any time because a strike is needed before Iran can gain the capability to build a bomb. Thus, the well being of

Central Intelligence Agency
FOIA Request
Page | 7

the American people is at immediate risk and they deserve to know on an expedited basis what their government is doing to try to protect them. And, importantly, the above mentioned "leaked" information is no longer in effect classified, as it was intentionally disclosed to the public, however illegally on orders by or on behalf of the President of the United States for political purposes, in any event.

On behalf of Freedom Watch, I look forward to receiving the requested documents and a full fee waiver within ten (10) business days. You may have them delivered to the above address.

Sincerely,

Larry Klayman, Esq.
Chairman and General Counsel
2020 Pennsylvania Ave, N.W., Suite 345
Washington, D.C. 20006
leklayman@gmail.com



# FREEDOM WATCH

www.FreedomWatchUSA.org

**World Headquarters** 2020 Pennsylvania Avenue, N W , Suite 345, Washington, DC 20006-1811   (310) 595-0800   leklayman@gmail.com

Via Mail and Fax

April 4, 2012

Office of Information Programs and Services
A/GIS/IPS/RL
U. S. Department of State
Washington, D. C. 20522-8100

**Re: Freedom of Information Act Request**

Dear Sir/Madam:

On March 18, 2012, and March 20, 2012, the New York Times published two articles, "U.S. Assessment of Iranian Risks Took Tricky Path" by James Risen on Sunday, March 18, 2012 and "U.S. Simulation Forecasts Perils of Strike at Iran" by Mark Mazzetti and Thom Shanker on Tuesday, March 20, 2012. These articles, copies of which are attached, relied in large part on previously classified information which was released by Obama administration sources apparently on the President's behalf. In addition, Foreign Policy published a story entitled "Israel's Secret Staging Ground" by Mark Perry on March 28, 2012 (copy attached) which cited to released information, inter alia, from Obama administration sources about Israel's planned usage of Azerbaijan as a possible staging site for any future attacks on Iran.

This released information is thus no longer classified and is no longer exempt from being released pursuant to the Freedom of Information Act. 5 U.S.C. 552 et seq.

Pursuant to the Freedom of Information Act (5 U.S.C. § 552 et seq.), Freedom Watch requests that that the Department of State produce all correspondence, memoranda, documents, reports, records, statements, audits, lists of names, applications, diskettes, letters, expense logs and receipts, calendar or diary logs, facsimile logs, telephone records call sheets, tape recordings, video/movie recordings, notes, examinations, opinions, folders, files, books, manuals, pamphlets, forms, drawings, charts, photographs, electronic mail, and other documents and things (hereinafter, "information") that refer or relate to the following in any way, within ten (10) business days as set forth below:

1) Any and all information that refers or relates to the New York Times article entitled "U.S. Assessment of Iranian Risks Took Tricky Path" by James Risen on Sunday, March 18, 2012;



# FREEDOM WATCH

www.FreedomWatchUSA.org

**World Headquarters** 2020 Pennsylvania Avenue, N W , Suite 345, Washington, DC 20006-1811   (310) 595-0800   leklayman@gmail.com

Via Mail and Fax

April 4, 2012

OSD/JS FOIA Requester Service Center
Office of Freedom of Information
1155 Defense Pentagon
Washington, DC 20301-1155

**Re: Freedom of Information Act Request**

Dear Sir/Madam:

On March 18, 2012, and March 20, 2012, the New York Times published two articles, "U.S. Assessment of Iranian Risks Took Tricky Path" by James Risen on Sunday, March 18, 2012 and "U.S. Simulation Forecasts Perils of Strike at Iran" by Mark Mazzetti and Thom Shanker on Tuesday, March 20, 2012. These articles, copies of which are attached, relied in large part on previously classified information which was released by Obama administration sources apparently on the President's behalf. In addition, Foreign Policy published a story entitled "Israel's Secret Staging Ground" by Mark Perry on March 28, 2012 (copy attached) which cited to released information, inter alia, from Obama administration sources about Israel's planned usage of Azerbaijan as a possible staging site for any future attacks on Iran.

This released information is thus no longer classified and is no longer exempt from being released pursuant to the Freedom of Information Act. 5 U.S.C. 552 et seq.

Pursuant to the Freedom of Information Act (5 U.S.C. § 552 et seq.), Freedom Watch requests that that the Department of Defense produce all correspondence, memoranda, documents, reports, records, statements, audits, lists of names, applications, diskettes, letters, expense logs and receipts, calendar or diary logs, facsimile logs, telephone records call sheets, tape recordings, video/movie recordings, notes, examinations, opinions, folders, files, books, manuals, pamphlets, forms, drawings, charts, photographs, electronic mail, and other documents and things (hereinafter, "information") that refer or relate to the following in any way, within ten (10) business days as set forth below:



# FREEDOM WATCH

www.FreedomWatchUSA.org

World Headquarters 2020 Pennsylvania Avenue, N W , Suite 345, Washington, DC 20006-1811 (310) 595-0800 leklayman@gmail.com

Via Mail and Fax

April 4, 2012

National Security Agency
Attn: FOIA/PA Office (DJP4)
9800 Savage Road, Suite 6248
Ft. George G. Meade, MD 20755-6248

**Re: Freedom of Information Act Request**

Dear Sir/Madam:

On March 18, 2012, and March 20, 2012, the New York Times published two articles, "U.S. Assessment of Iranian Risks Took Tricky Path" by James Risen on Sunday, March 18, 2012 and "U.S. Simulation Forecasts Perils of Strike at Iran" by Mark Mazzetti and Thom Shanker on Tuesday, March 20, 2012. These articles, copies of which are attached, relied in large part on previously classified information which was released by Obama administration sources apparently on the President's behalf. In addition, Foreign Policy published a story entitled "Israel's Secret Staging Ground" by Mark Perry on March 28, 2012 (copy attached) which cited to released information, inter alia, from Obama administration sources about Israel's planned usage of Azerbaijan as a possible staging site for any future attacks on Iran.

This released information is thus no longer classified and is no longer exempt from being released pursuant to the Freedom of Information Act. 5 U.S.C. 552 et seq.

Pursuant to the Freedom of Information Act (5 U.S.C. § 552 et seq.), Freedom Watch requests that that the National Security Agency produce all correspondence, memoranda, documents, reports, records, statements, audits, lists of names, applications, diskettes, letters, expense logs and receipts, calendar or diary logs, facsimile logs, telephone records call sheets, tape recordings, video/movie recordings, notes, examinations, opinions, folders, files, books, manuals, pamphlets, forms, drawings, charts, photographs, electronic mail, and other documents and things (hereinafter, "information") that refer or relate to the following in any way, within ten (10) business days as set forth below:

1) Any and all information that refers or relates to the New York Times article entitled "U.S. Assessment of Iranian Risks Took Tricky Path" by James Risen on Sunday, March 18, 2012;